| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | SCOTT D. JOINER (CABN 223313)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
|   | scott.joiner@usdoj.gov |
| 8 | |
|   | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-00116 EMC |
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME FROM |
| v. | ) | FEBRUARY 27, 2019 THROUGH JUNE 12, 2019; [PROPOSED] ORDER |
| NEMR HALLAK,<br>TOLGA SUATAC,<br>MICHELINA PERNA,<br>  a/k/a Michelle Perna,<br>  a/k/a Michelle Perry,<br>  a/k/a Sonia Perry, and<br>ROBERTO MANCINI, | ) | |
| Defendants. | ) | |

It is stipulated by and between counsel for the United States and counsel for defendant Roberto Mancini, that time be excluded under the Speedy Trial Act from February 27, 2019 through June 12, 2019.

At the status conference held on February 27, 2019, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act in light of the complexity of the case, which the government represented involves thousands of victims and tens of thousands of pages of

STIPULATION TO EXCLUDE TIME; [PROPOSED] ORDER
No. CR 16-00116 EMC

documents, and for effective preparation of counsel. For these reasons and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until June 12, 2019 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 27, 2019, through and including June 12, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 25, 2019  /s/
SCOTT D. JOINER
Assistant United States Attorney

DATED: April 25, 2019  /s/
MARTIN SABELLI
Counsel for Defendant Roberto Mancini

**[PROPOSED]** ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 27, 2019, and for good cause shown, the Court finds that failing to exclude the time from February 27, 2019, through June 12, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and is also appropriate in light of the complexity of the case, which the government represented involves thousands victims and tens of thousands of pages of documents. 18 U.S.C. § 3161(h)(7)(B)(ii), (iv). The Court further finds that the ends of justice served by excluding the time from February 27, 2019, through and including June 12, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 27, 2019, through and including June 12, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv).

IT IS SO ORDERED.

DATED: April 25, 2019

_____
HON. EDWARD M. CHEN
United States District Judge

STIPULATION TO EXCLUDE TIME; [PROPOSED] ORDER
No. CR 16-00116 EMC